UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| ROBERT BRYANT McNEILL, | ) |
| --- | --- |
| Plaintiff, | ) |
| v. | ) Case No. CV415-042 |
| SELECSOURCE, INC. *d/b/a* SELECSOURCE STAFFING SERVICES, | ) |
| Defendant. | ) |

## ORDER

The Court having reviewed and considered the petitions of Alison E. Loy and Evan M. Rosen of the law firm of Jackson Lewis, P.C., 1155 Peachtree Street, N.E., Suite 1000, Atlanta, Georgia 30309, for permission to appear pro hac vice on behalf of defendant Selecsource, Inc. d/b/a Selecsource Staffing Services, in the above-captioned case,

Said request is hereby GRANTED and the Clerk is DIRECTED to enter Alison E. Loy and Evan M. Rosen as counsel of record for defendant Selecsource, Inc. d/b/a Selecsource Staffing Services, in this case.

**SO ORDERED** this __23rd__ day of March, 2015.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA