UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| ROBERT BRYANT McNEILL, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. CV415-042 |
| SELECSOURCE, INC. d/b/a SELECSOURCE STAFFING SERVICES, | ) ) ) ) | |
| Defendant. | ) | |

## ORDER

The Court having reviewed and considered the petition of Kathryn C. Hopkinson of the Thompson Legal Center, LLC, 5010 West Carmen Street, Suite 2030, Tampa, Florida 33609, for permission to appear pro hac vice on behalf of plaintiff Robert Bryant McNeill, in the above-captioned case,

Said request is hereby GRANTED and the Clerk is DIRECTED to enter Kathryn C. Hopkinson, as counsel of record for plaintiff Robert Bryant McNeill, in this case.

**SO ORDERED** this  30th  day of March, 2015.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA