IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

ROBERT BRYANT MCNEILL, )
)
    Plaintiff, )
)
v. ) CASE NO. CV415-042
)
SELECSOURCE, INC., d/b/a )
Selecsource Staffing Services, )
)
    Defendant. )
)

## ORDER

Before the Court is the parties' Joint Stipulation of Dismissal. (Doc. 16.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), an action may be dismissed by the parties by filing "a stipulation of dismissal signed by all parties who have appeared." As requested by the parties, this action is **DISMISSED WITH PREJUDICE** and all parties shall bear their own costs and attorney's fees. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this **31st** day of July 2015.

            WILLIAM T. MOORE, JR.
            UNITED STATES DISTRICT COURT
            SOUTHERN DISTRICT OF GEORGIA